1  HARRIETT ROSS, CA State Bar No. 025154
   One Embarcadero Street, Suite 500
2  San Francisco, California 94111
   Telephone: 415/775-3523
3  Facsimile:  415/775-7891

4  JAI M. GOHEL, CA State Bar No. 170782
   81 Lafayette Street
5  San Francisco, California 94103
   Telephone: 415/934-9000
6  Facsimile:  415/934-9400
   *Attorneys for Plaintiff KEVIN JORDAN*
7
   DENNIS CUNNINGHAM, CA State Bar No. 112910
8  BEN ROSENFELD, CA State Bar No. 203845
   3163 Mission Street
9  San Francisco, California 94110
   *Attorneys for Plaintiff JAMES WASHBURN*
10
                    IN THE UNITED STATES DISTRICT COURT
11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              --oo0oo--

| | |
|---|---|
| JAMES WASHBURN, | Case No: C 03 869 MJJ (EDL) |
|                 |         C 03 1194 MJJ (EDL) |
| Plaintiff, | |
| vs. | |
|  | NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY |
| SAN FRANCISCO POLICE OFFICERS ALEX FAGAN, JR. (#1942) AND WALTER CONTRERAS (#1082), THE CITY AND COUNTY OF SAN FRANCISCO, et. al., | [F.R.Civ. 37(a)] |
|  | Date:  August 3, 2004 |
| Defendants. | Time:  9:00 a.m. |
|  | Court: Courtroom E |
|  |        Hon. Elizabeth LaPorte |
| KEVIN ROY JORDAN, | |
| Plaintiff, | |
| vs. | |
| ALEX FAGAN, JR., an individual San Francisco Police Officer (Star #1942), and JASON KRISTAL, an individual San Francisco Police Officer (Star #4217), the CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, and DOES 1 through 100, inclusive. | |
| Defendants. | |

**NOTICE OF MOTION TO
COMPEL DISCOVERY**                1-

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 3, at 9 a.m, in Courtroom E of the United States District Court, 450 Golden Gate Avenue, San Francisco, California, before the Honorable Magistrate Elizabeth D. LaPorte, plaintiffs James Washburn and Kevin Jordan, through counsel, will move and hereby do move for an order to compel discovery which was propounded in joint and individual discovery requests requesting documents and interrogatory responses, pursuant to Federal Rules of Civil Procedure 26 and 34.

PLEASE TAKE FURTHER NOTICE that this motion is based upon the concurrently filed memorandum of points and authorities, declaration of counsel with exhibits, the records and files in the above-entitled actions, and whatever documentary evidence and oral argument that may be adduced upon the hearing of this matter.

Dated:  June  29, 2004                         Respectfully submitted,

                                               DENNIS CUNNINGHAM
                                               BEN ROSENFELD
                                               HARRIET ROSS
                                               JAI M. GOHEL


                                                      /s/
                                        By:_____
                                               JAI  M. GOHEL
                                               Attorneys for Plaintiffs

**NOTICE OF MOTION TO COMPEL DISCOVERY**              2-