1  HARRIET ROSS (SBN 25124)
   JAI M. GOHEL (SBN 170782)
2  One Embarcadero Center, Suite 500
   San Francisco, CA 94111
3  Tel: (415) 775-3523
   Fax: (415) 775-7491
4
5  Attorneys for Plaintiff
   KEVIN JORDAN
6
7          **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8

| 9  JAMES HENRY WASHBURN, JR., | Case No. C-03-0869-MJJ (EDL) |
|---|---|

9  JAMES HENRY WASHBURN, JR.,

10         Plaintiff,

11     v.

12 CITY AND COUNTY OF SAN
   FRANCISCO, etal.,
13

14         Defendants.

15 ─────────────────────────

16 KEVIN ROY JORDAN

17     v.

18 ALEX FAGAN, JR., *etal*.,

19         Defendants.

20

Case No. C-03-0869-MJJ (EDL)
Case No.  C-03-1194-MJJ (EDL)

**[PROPOSED] ORDER WITHDRAWING
AND RE-FILING EXHIBIT J TO
PLAINTIFFS' 5/13/05 MOTION TO
COMPEL FOLLOW-UP *MONELL* AND
NEGLIGENT PRACTICES DISCOVERY
UNDER SEAL**

21     Having read and considered "Plaintiffs' Administrative Request to Re-File Exhibit J  to

22 Plaintiffs' May 13, 2005 Motion to Compel discovery Under Seal (Civil L.R. 7-11)," and for

23 good cause shown, IT IS HEREBY ORDERED that:

24     The Clerk of the Court shall cause Exhibit J, filed on May 13, 2005, to be removed from

25 the PACER and/or ECF system, and stricken from the Court Docket in both of the above-entitled

26 actions.

27     IT IS FURTHER ORDERED that plaintiffs may thereafter re-file Exhibit J under seal.

28

1    **IT IS SO ORDERED**.

2

Dated: May 26, 2005

3    _____
     ELIZABETH D. LAPORTE
4    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Order Withdrawing and Re-filing Exhibit J to Plaintiffs' 5/13/05 Motion to Compel
     Follow-up Monell Discovery under seal