
E-filing

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SEAN F. CONNOLLY, State Bar #152235
   DAVID NEWDORF, State Bar #172960
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3863
   Facsimile:    (415) 554-3837
7  E-Mail:       sean.connolly@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN
9  FRANCISCO,
   ALEX FAGAN and WALTER
10 CONTRERAS

BEN ROSENFELD, SBN 203845
DENNIS CUNNINGHAM, SBN 112910
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone:    415/285-8091
Facsimile:    415/285-8092

**FILED**
AUG 0 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
JAMES HENRY WASHBURN, JR.

HARRIET ROSS, SBN 25154
JAI GOHEL, SBN 170782
One Embarcadero Street, Suite 500
San Francisco, CA 94111
San Francisco, CA 94109
415-775-3523 / fax: 775-7891

Attorneys for Plaintiff
KEVIN JORDAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY WASHBURN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>San Francisco Police Officers ALEX FAGAN, JR., et al.,<br><br>Defendants.<br><br>————————————————<br><br>KEVIN ROY JORDAN<br><br>v.<br><br>ALEX FAGAN, JR., et al.,<br><br>Defendants. | Case No. C-03-0869-MJJ (MEJ)<br>Case No. C-03-1194-MJJ (MEJ)<br><br>[~~PROPOSED~~] **JOINT AMENDED CASE MANAGEMENT CONFERENCE ORDER**<br><br>Date:     July 26, 2005<br>Time:     2:00 p.m.<br>Place:    Ctrm 11, 19th Floor |

Washburn v. CCSF, Case No. C-03-0869-MJJ          1          Joint Case Management Conference Statement (4)
Jordan v. CCSF, Case No. C-03-1194-MJJ

1  Pursuant to the Court's Status Conference held on July 26, 2005, with all parties present,
2  the court makes the following case management order amendments:
3  Trial in the matter of *Washburn v. CCSF, et al.*, Case No. C-03-0869-MJJ, shall be
4  November 7, 2005, 8:30 a.m.
5  Pretrial Conference in the matter of *Washburn v. CCSF, et al.*, Case No. C-03-0869-MJJ,
6  shall be November 1, 2005, 3:30 p.m.
7  Trial in the matter of *Jordan v. CCSF, et al.*, Case No. C-03-1194-MJJ, shall be
8  December 12, 2005, 8:30 a.m.
9  Pretrial Conference in the matter of *Jordan v. CCSF, et al.*, Case No. C-03-1194-MJJ,
10 shall be December 6, 2005, 3:30 p.m.
11 The parties shall have the following joint deadlines:
12 Last day for plaintiffs to file Amended Opposition to defendants Motion for Summary
13 Judgment (*Monell*): 8/19/05;
14 Last day for plaintiffs to serve defendants with amended report from expert Anthony
    Bouza: 8/19/05;
15
16 Last day for defendants to file Reply to Opposition to Motion for Summary Judgment
    (*Monell*) brief 9/16/05;
17
18 Hearing on (1) defendants' Motion for Summary Judgment (*Monell*) and (2) defendants
    Motion to Bifurcate *Monell* Claims: 9/27/05 9:30 a.m.;
19 Plaintiffs must make expert Anthony Bouza available for deposition before 9/16/05 (depo
20 should occur by 9/14 to incorporate into reply brief);
21 Augmented Expert Reports (other than Anthony Bouza) due by 9/30/05
22 Expert deposition/discovery cutoff: 10/14/05.
23
24 IT IS SO STIPULATED.
25
26
27
28

Washburn v. CCSF, Case No. C-03-0869-MJJ          2     Joint Case Management Conference Statement (4)
Jordan v. CCSF, Case No. C-03-1194-MJJ

Respectfully Submitted,

Dated: July 27, 2005

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SEAN F. CONNOLLY
DAVID B. NEWDORF
Deputy City Attorneys

By: s/
SEAN F. CONNOLLY
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
ALEX FAGAN, JR. and WALTER CONTRERAS

DENNIS CUNNINGHAM
BEN ROSENFELD

By: s/
Dennis Cunningham
Attorneys for Plaintiff Washburn

HARRIET ROSS
JAI GOHEL

By: s/
JAI GOHEL
Attorneys for Plaintiff Jordan

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT

Washburn v. CCSF, Case No. C-03-0869-MJJ
Jordan v. CCSF, Case No. C-03-1194-MJJ

3   Joint Case Management Conference Statement (4)

Case 3:03-cv-01194-MJJ   Document 138   Filed 08/01/05   Page 4 of 4

07/27/2005 16:01 FAX 9252742910   CARDOZA LAW OFFICES   ☒002/002
JUL-27-2005   Case 3:03-cv-00869-MJJ   Document 170   Filed 07/27/2005   Page 4 of 4   P.04/04

Deputy City Attorneys

By: s/
    SEAN F. CONNOLLY
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
ALEX FAGAN, JR. and WALTER CONTRERAS


DENNIS CUNNINGHAM
BEN ROSENFELD


By: s/
    Dennis Cunningham
Attorneys for Plaintiff Washburn


HARRIET ROSS
JAI GOHEL

By: s/
    JAI GOHEL
Attorneys for Plaintiff Jordan

Washburn v. CCSF, Case No. C-03-0869-MJJ     3     Joint Case Management Conference Statement (4)
Jordan v. CCSF, Case No. C-03-1194-MJJ

TOTAL P.04

JUL-27-2005  16:04              9252742910              96%                    P.02