| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Attorney |
| 3 | SEAN FIELD CONNOLLY State Bar #152235<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:     (415) 554- |
| 6 | Facsimile:      (415) 554-<br>E-Mail:          sean.connolly@sfgov.org |

Attorneys for City and County of San Francisco, Officers Alex Fagan, Sr. and Jason Kristal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN ROY JORDAN | Case No. C03-1194 SI |
|---|---|
| Plaintiff, | REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER OF DISMISSAL |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

///

///

///

///

///

Request for Dismissal
Kevin Roy Jordan v. CCSF

1

1 ///

2 Dated: 9/20/06

3

4                                    s/
                                 HARRIET ROSS
                                 Attorney for Plaintiff

5

6 Dated: 8/21/06

7                                  s/
                                 JAI GOHEL
                                 Attorney for Plaintiff

8

9 Dated: 9/29/06

10                                  DENNIS J. HERRERA
                                 City Attorney
11                                  JOANNE HOEPER
                                 Chief Trial Attorney
12                                  SEAN FIELD CONNOLLY
                                 Deputy City Attorney

13

14                             By:     s/
                                 SEAN FIELD CONNOLLY
15                                  Attorneys for Defendants
                                 City and County of San Francisco, Officers
16                                  Alex Fagan, Jr. & Jason Kristal

17

18

19                                **ORDER**

20 **IT IS SO ORDERED:**

21 Dated: __12/20/2006_____

22

23                                 /s/ Martin J. Jenkins
                                HON. MARTIN J. JENKINS
                                United States District Judge

24

25

26

27

28

Request for Dismissal              2
Kevin Roy Jordan v. CCSF